## UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF LOUISIANA
### ALEXANDRIA DIVISION

TERRANCE NOBLES #567307        CASE NO. 1:17-CV-00149 SEC P

VERSUS                        CHIEF JUDGE DRELL

LASALLE CORRECTIONS CORP ET    MAGISTRATE JUDGE PEREZ-MONTES
AL

### MEMORANDUM ORDER

On January 23, 2017, a complaint was filed by the plaintiff.  On January 27, 2017, a memorandum order was issued by this court ordering the plaintiff within 30 days of the date of the order to pay the filing fee or submit an IFP application and to resubmit the complaint on an approved form.  Mover has failed to take the required action in accordance with the memorandum order.  Accordingly,

**IT IS ORDERED** that the complaint submitted by the plaintiff on January 23, 2017, be, and hereby is, stricken from the record.

THUS DONE in Chambers on this __13th__ day of _____March_____, 2017.

_____

Joseph H. L. Perez-Montes
United States Magistrate Judge